IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:98CR3058 |
| vs. | |
| MARCUS L. HITZ, | **RELEASE ORDER** |
| Defendant. | |

Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 11:30 a.m. on August 16, 2019

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

   a. Defendant shall promptly obtain a copy of the results of his treatment evaluation performed in April of 2019.

   b. If the evaluation recommends drug treatment, Defendant shall participate and fully cooperate with any treatment plan deemed advisable by his supervising officer.

May 9, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge